FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

' 2010 JAN 26 | A 10: 16

**UNITED STATES OF AMERICA**

**JUDGMENT IN A CRIMINAL CASE**

(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:06-cr-371-J-33TEM
USM NUMBER: 31779-018

V.

ANTONIO SINTELL DENSON

Defendant's Attorney: James H. Burke, Jr., Esquire (pda)

**THE DEFENDANT:**

**X** admitted guilt to violation of charge numbers **One, Three and Four** of the term of supervision.

**X** charge numbers **Two, Five, Six and Seven** are withdrawn by the government.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, driving while license suspended | May 2009 |
| Three | New criminal conduct, possession of drug paraphernalia | May 2009 |
| Four | Positive urinalysis for Marijuana | May 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)_ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: January 25, 2010

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE
DATE: January 25, 2010

Defendant:     ANTONIO SINTELL DENSON
Case No.:     3:06-cr-371-J-33TEM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FOURTEEN (14) MONTHS.**

____X____ The Court makes the following recommendations to the Bureau of Prisons:

**Incarceration at FCI Coleman.**

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

____ at _____ a.m.     p.m.     on _____.

____ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

____ before 2 p.m. on _____.

____ as notified by the United States Marshal.

____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL